IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN W. JEMISON, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-13-2475 |
| | § |
| CITIMORTGAGE, INC., *et al.*, | § |
| | § |
| Defendants. | § |

**FINAL JUDGMENT**

In accordance with the Memorandum and Opinion of today's date, the defendants' motion to dismiss, (Docket Entry Nol. 37), is granted.  The action filed by the plaintiff, John Jemison, against the defendants is dismissed.  Because repeated amendments have not cured the deficient pleading and further amendment would be futile, the dismissal is with prejudice.

SIGNED on June 17, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge