IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN W. JEMISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2475 |
| | § | |
| CITIMORTGAGE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court's Memorandum and Opinion of today's date dismissed the plaintiff's claims with prejudice. (Docket Entry No. 54). The defendants' counterclaim remains pending and the case remains open.

SIGNED on June 17, 2014, at Houston, Texas.

						     Lee H. Rosenthal
						United States District Judge